AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

**APPEARANCE**

Case Number: 07 CV 8154

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Securities and Exchange Commission

I certify that I am admitted to practice in this court.

| 10/1/2008 | *signature* |
|---|---|
| Date | Signature |

Dina Levy                                                              4959
Print Name                                                        Bar Number

Three World Financial Center
Address

Brooklyn          NY          10281
City                   State         Zip Code

(212) 336-0123
Phone Number                                               Fax Number